**FRANCIS METAL DOOR & WINDOW COR-PORATION, Appellant, v. COMMISSION-ER OF INTERNAL REVENUE, Respondent.**

No. 47, Docket 21318.

United States Court of Appeals
Second Circuit.

Argued Dec. 14, 1949.

Decided Dec. 29, 1949.

William MacFarlane, Rochester, N. Y. (Francis A. O'Brien, Rochester, N. Y., of counsel), for appellant, Francis Metal Door & Window Corp.

Theron Lamar Caudle and C. Oliphant, Assistant Attorneys General, Ellis N. Slack and S. Dee Hanson, Special Assistants to the Attorney General (S. Dee Hanson, Washington, D. C., of counsel), for respondent, Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the Tax Court. (Memo decision entered October 18, 1948.)

**ESTATE of J. B. LANGHAM, Deceased, et al., Appellants, v. AMERICAN NATIONAL BANK OF BEAUMONT, Appellee.**

No. 12870.

United States Court of Appeals
Fifth Circuit.

Jan. 6, 1950.

David Hubert O'Fiel, Beaumont, Tex., for appellants.

Will E. Orgain, Beaumont, Tex., for appellee.

Before McCORD, and WALLER, Circuit Judges, and RICE, District Judge.

PER CURIAM.

A careful examination of the record and pleadings filed in this case leads us unerringly to the conclusion that this cause is governed by the decision of this court in Langham's Estate v. American Nat. Bank of Beaumont, 5 Cir., 165 F.2d 968, and that this prior adjudication is conclusive upon the issues here presented. See also, Rock Spring Distilling Co. v. W. A. Gaines & Co., 246 U.S. 312, 38 S.Ct. 327, 62 L.Ed. 738; Southern Pacific R. Co. v. U. S., 168 U.S. 1, 48, 18 S.Ct. 18, 42 L.Ed. 355; Rio Bravo Oil Co. v. Hebert, 130 Tex. 1, 106 S.W.2d 242; 50 C.J.S., Judgments, § 736, pages 235, 239.

It follows that the judgment appealed from is correct and it is hereby

Affirmed.